**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MANUEL DE JESUS LUNA CAMACHO, ***Plaintiff***, v. JOHN THOMPSON, et al. ***Defendants.*** | **Civil Action No.:** **2:26-cv-6061** **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, MANUEL DE JESUS LUNA CAMACHO, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 08/18/26**

Respectfully Submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/19/2026